**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ | |
| KENT CRAWFORD, JR. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:05CV01424 |
| ) | Judge Ricardo M. Urbina |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, *et al*., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**CONSENT MOTION OF DEFENDANT DISTRICT OF COLUMBIA
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Rule 6(b)(1), Fed.R.Civ.P., Defendant District of Columbia, by and through its counsel, hereby respectfully requests an enlargement of time, to November 9, 2005, to answer or otherwise plead in response to the complaint in this case.

In light of the complex facts set forth in the complaint and the fact that Defendant District of Columbia may not be a proper party to this action, counsel requests the enlargement of time to investigate the facts alleged in order to prepare a meaningful response. In addition, the enlargement of time would make Defendant District of Columbia's response date consistent with that of the federal defendant in this action.

Counsel for Defendant District of Columbia has conferred with Plaintiff's Counsel regarding the relief sought by this motion. Plaintiff's counsel has consented to the enlargement of time requested by Defendant.

Accordingly, an enlargement of time to respond to the complaint, to November 9, 2005 is respectfully requested.

Respectfully submitted,


ROBERT J. SPAGNOLETTI
Corporation Counsel, D.C.

GEORGE C. VALENTINE
Deputy Corporation Counsel, D.C.
Civil Litigation Division

/s/Richard S. Love
RICHARD S. LOVE, D.C. Bar No. 340455
Chief, Equity I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431

/s/Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 442-9886