IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENT CRAWFORD, JR. ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:05CV01424 |
| ) | Judge Ricardo M. Urbina |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendant District of Columbia's Consent Motion to Enlarge the Time to Answer or otherwise plead to the Complaint, it is this _____ of _____ hereby ORDERED that Defendant's Consent Motion is GRANTED; and it is

FURTHER ORDERED that Defendant District of Columbia shall have until on or before November 9, 2005, to respond to the Complaint.

_____
United States District Judge
Ricardo M. Urbina

Copies To:

Tony O. Shaw
Attn: Joe King
1522 K Street, N.W., Suite 200
Washington, D.C. 20005

Ellen A. Efros
Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001