UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                        )
**KENT CRAWFORD, JR.**                  )
                                                        )
              Plaintiff,                         )
                                                        )
        v.                                          )        Civil Action No.05-1424 (RMU)
                                                        )
**UNITED STATES DEPARTMENT**    )
 **OF JUSTICE , *et al.*,**                )
                                                        )
              Defendants.                    )
_____)

## NOTICE OF APPEARANCE OF ELLEN A. EFROS ON BEHALF OF THE DISTRICT OF COLUMBIA DEFENDANTS

Please take notice that Ellen A. Efros, Assistant Attorney General, Office of the Attorney General of the District of Columbia, appears on behalf of the District of Columbia Defendants in this action, including the District of Columbia, District of Columbia Department of Corrections, and District of Columbia Department of Corrections Records Office.

DATED:  November 9, 2005

                                                                    **Respectfully submitted,**

                                                                    ROBERT J. SPAGNOLETTI
                                                                    Corporation Counsel, D.C.

                                                                    GEORGE C. VALENTINE
                                                                    Deputy Corporation Counsel, D.C.
                                                                    Civil Litigation Division

                                                                    /s/ Richard S. Love_____
                                                                    RICHARD S. LOVE, D.C. Bar No. 340455
                                                                    Chief, Equity I
                                                                    441 Fourth Street, N.W., 6th Floor South

Washington, D.C. 20001
Telephone: (202) 724-6635
Facsimile: (202) 727-0431

/s/ Ellen A. Efros_____
ELLEN A. EFROS, D,C. Bar No. 250746
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone:  (202) 442-9886
Facsimile:  (202) 727-0431
ellen.efros@dc.gov