IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENT CRAWFORD, JR.** )<br>)<br>    **Plaintiff,** )<br>) **Case No. 2005 CV 1424**<br>    v. ) **Judge Ricardo M. Urbina**<br>)<br>**UNITED STATES DEPARTMENT** )<br>**OF JUSTICE,** *et al.*, )<br>)<br>    **Defendants.** )<br>_____ ) | |

**NOTICE OF ENTRY OF APPEARANCE AND CORRECTION OF RECORD**

Please take notice that Jayme Kantor, Assistant Attorney General, Office of the Attorney General for the District of Columbia, appears on behalf of the District of Columbia Defendants in this action, including the District of Columbia, District of Columbia Department of Corrections, and District of Columbia Department of Corrections Records Office.

The District notes that although the Minute Order from the Court entered on May 7, 2008, states that "defendants have neither filed an answer not otherwise responded to the plaintiff's complaint," the District filed its answer on November 9, 2005. *Docket # 3*.

DATED:    May 8, 2008

                                                Respectfully submitted,

                                                PETER J. NICKLES
                                                Interim Attorney General for the District of
                                                Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division


        ____/s/ Ellen A. Efros_____
        ELLEN A. EFROS [250746]
        Chief, Equity I Section
        Civil Litigation Division


        ___/s/  Jayme B. Kantor_____
        Jayme B. Kantor [488502]
        Assistant Attorney General
        441 4th Street, N.W.
        6th Floor South
        Washington, D.C. 20001
        P(202) 724-6627
        F(202) 727-3625