### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KENT CRAWFORD, JR.** )<br>     )<br>**Plaintiff,** )<br>     )<br>v.     )<br>     )<br>**UNITED STATES DEPARTMENT** )<br>**OF JUSTICE,** *et al.*, )<br>     )<br>**Defendants.** )<br>_____ ) | Case No. 2005 CV 1424<br>Judge Ricardo M. Urbina |

**NOTICE OF ENTRY OF APPEARANCE AND CORRECTION OF RECORD**

Please take notice that Jayme Kantor, Assistant Attorney General, Office of the Attorney General for the District of Columbia, appears on behalf of the District of Columbia Defendants in this action, including the District of Columbia, District of Columbia Department of Corrections, and District of Columbia Department of Corrections Records Office.

The District notes that although the Minute Order from the Court entered on May 7, 2008, states that "defendants have neither filed an answer not otherwise responded to the plaintiff's complaint," the District filed its answer on November 9, 2005. *Docket # 3*.

DATED:     May 8, 2008

                              Respectfully submitted,

                              PETER J. NICKLES
                              Interim Attorney General for the District of
                              Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


\_\_\_/s/ Ellen A. Efros_____
ELLEN A. EFROS [250746]
Chief, Equity I Section
Civil Litigation Division


\_\_ /s/  Jayme B. Kantor \_\_\_\_\_
Jayme B. Kantor [488502]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
P(202) 724-6627
F(202) 727-3625