# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KENT CRAWFORD, | : | |
| Plaintiff, | : | Civil Action No.: 05-1424 (RMU) |
| v. | : | Document No.: 1 |
| UNITED STATES DEPARTMENT OF JUSTICE *et al.*, | : | |
| Defendants. | : | |

# ORDER

### *SUA SPONTE* DISMISSING CLAIMS AGAINST THE FEDERAL DEFENDANTS

For the reasons stated in the accompanying Memorandum Opinion, it is this 19th day of June, 2008,

**ORDERED** that the complaint against the United States Department of Justice and the Federal Bureau of Prisons is **DISMISSED**; and it is

**FURTHER ORDERED** that the parties attend an initial status conference on Monday, August 11, 2008 at 9:45 am.

**SO ORDERED**.

RICARDO M. URBINA
United States District Judge