IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| KENT CRAWFORD, | : | |
| | : | |
| Plaintiff, | : | Case Number: 2005 CV 1424 |
| | : | Judge Ricardo M. Urbina |
| v. | : | Initial Status Conference |
| | : | August 11, 2008 |
| DISTRICT OF COLUMBIA, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**DEFENDANT'S NOTICE OF INABILITY TO FILE LCvR 16.3 REPORT**

The District of Columbia, through its attorney the Office of the Attorney General for the District of Columbia, hereby notifies the Court that it has been unable to confer with counsel for Plaintiff in order to comply with LCvR 16.3 in advance of the initial scheduling conference.

1) Counsel for Defendant has attempted to contact Plaintiff's counsel, but the phone number on the docket – (202) 347-6796 – is disconnected. Counsel for Defendant also located another number for Plaintiff's counsel – (202) 347-1599 – which was also disconnected.

2) Counsel for Defendant has not received any communication from counsel for Plaintiff in this matter since shortly after the initial filing in 2005.

3) The docket does not indicate the entry of appearance of new counsel for Plaintiff.

4)   A report pursuant to LCvR 16.3 cannot be filed because counsel for Defendant has not able to confer with counsel for Plaintiff.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for the
District of Columbia
GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


_____/s/_____
ELLEN A. EFROS [250746]
Chief, Equity I Section
Civil Litigation Division

_____/s/_____
JAYME B. KANTOR [488502]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202) 724-6627
F(202) 724-3625
Jayme.Kantor@dc.gov